**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **BEN VENTURA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:26-cv-174-CAR** |
| | : | |
| **FRAN VELLA-MARRONE, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER DISMISSING CASE**

On June 4, 2026, the Court granted *pro se* Plaintiff Ben Ventura's Motion to Proceed IFP, determined Plaintiff's original complaint failed to state a claim after conducting a frivolity review, and ordered Plaintiff to file a recast complaint within 21 days.[1] Because Plaintiff failed to provide the Court with a valid mailing address, the Court's Order was returned as undeliverable.[2] Plaintiff has failed to comply with the Court's Order, and the time to do so has now expired. Moreover, Plaintiff has failed to provide the Court with a valid mailing address. Therefore, the Court hereby **DISMISSES** this case **without prejudice**.

[1] Doc. 3.
[2] Doc. 4.

**SO ORDERED**, this 10th day of August, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT